NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――――――

**VIRGINIA INNOVATION SCIENCES, INC.,**
*Plaintiff-Appellant*

v.

**HTC CORPORATION, HTC AMERICA, INC.,**
*Defendants-Appellees*

―――――――――――――――――

2017-1482

―――――――――――――――――

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:16-cv-01350-LO-IDD, Judge Liam O'Grady.

-------------------------------------------------------------------------------

**VIRGINIA INNOVATION SCIENCES, INC.,**
*Plaintiff-Appellant*

v.

**AMAZON.COM, INC.,**
*Defendant-Appellee*

―――――――――――――――――

2017-1646

―――――――――――――――――

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:16-cv-00861-LO-MSN, Judge Liam O'Grady.

———————

# O R D E R

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals. We retain the individual captions.

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are consolidated. Each of the briefs shall include the full captions of both appeals.

(2) Appellant's opening brief is due no later than April 18, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32